UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ZUNIGA PINEDA,<br><br>Petitioner,<br><br>v.<br><br>TODD M. LYONS, et al.,<br><br>Respondents. | No. 2:26-cv-01140-DAD-CSK (HC)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. Nos. 6, 8) |

On April 7, 2026, the court granted petitioner's motion for temporary restraining order (Doc. No. 2) and directed the parties to submit a joint proposed briefing schedule for an anticipated motion for preliminary injunction within fourteen days of the date of entry of that order. (Doc. No. 7.)  On April 21, 2026, respondents filed a status report stating that "no further briefing is necessary" and stating that respondents' are amenable to the court ruling on the merits of the underlying habeas petition.[1]  (Doc. No. 8.)  Accordingly, for the reasons stated in its April 7, 2026 order granting petitioner's motion for temporary restraining order, the court now GRANTS petitioner's petition for writ of habeas corpus and orders as follows:

---

[1]  On March 30, 2026, respondents filed a motion to dismiss the instant petition because petitioner did not name his immediate custodian in the petition.  (Doc. No. 6 at 2.)  The court rejected this argument in its April 7, 2026 order, finding that petitioner did name the warden of California City Correctional Center as a respondent in his petition.  (Doc. No. 7.)  Accordingly, the court will also deny respondents' motion to dismiss brought on the same grounds.

1

1. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will bear the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

2. Respondents' motion to dismiss (Doc. No. 6) is DENIED; and

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:    **April 22, 2026**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE